UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAEL CRUZ,

                   Plaintiff,

-v-                                       CIVIL ACTION NO.: 20 Civ. 1252 (JPO) (SLC)

AEROGROW INTERNATIONAL, INC.,        **ORDER TO ANSWER**

                   Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The complaint in this matter was filed on February 12, 2020. (ECF No. 1). On March 25, 2020, Defendant requested an extension of time to answer or otherwise respond to the complaint. (ECF No. 7). The Court granted that extension and set the deadline to respond to the complaint as April 26, 2020. (ECF No. 8). Thereafter, the court granted the second (ECF No. 9) and third (ECF No. 11) requests for extension of time to respond to the Complaint. The operative deadline for Defendant's response was June 26, 2020. (ECF No. 12).

To date, Defendants have not filed a response to the complaint and have not requested a further extension of time. Defendants are now ORDERED to answer or otherwise respond to the complaint by **August 21, 2020**.

If Defendants fail to file a response by that deadline, Plaintiffs are directed to request a Certificate of Default from the Clerk of Court by **August 28, 2020** and file a Motion for Default Judgment in accordance with Rule 55 of the Federal Rules of Civil Procedure and S.D.N.Y. Local Rule 55 by **September 4, 2020**.

Dated: New York, New York
August 14, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge

2