UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAEL CRUZ,

                Plaintiff,

-v-

AEROGROW INTERNATIONAL, INC.,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 1252 (JPO) (SLC)

**ORDER FOR STATUS REPORT**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 14, 2020 the parties improperly filed a stipulation of dismissal. (ECF No. 14). On August 17, 2020, the Clerk of Court entered a notice to attorneys to correct the filing.

Further, pursuant to the Court's August 20, 2020 order, by September 9, 2020, the parties were directed to submit a stipulation of dismissal or a status report on the progress of finalizing settlement. (ECF No. 16). To date, neither the corrected stipulation of dismissal nor a status report has been filed.

Accordingly, by **Friday, September 18, 2020**, the parties must submit a corrected stipulation of dismissal or a status report.

Dated:     New York, New York
            September 11, 2020

                                                    SO ORDERED

                                                _/s/ Sarah L. Cave_
                                                SARAH L. CAVE
                                                United States Magistrate Judge